## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DIAN A. RAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CASE NO. CIV-14-710-F** |
| ) | |
| **THE STATE OF OKLAHOMA, ex rel.** ) | |
| **BOARD OF REGENTS OF THE** ) | |
| **UNIVERSITY OF OKLAHOMA,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Dian

A. Ray, and the defendant, The State of Oklahoma, ex rel., Board of Regents of the

University of Oklahoma, hereby stipulate that this action shall be dismissed with

prejudice. Each party is to bear its own costs and attorneys' fees.

s/Raymond C. Durbin
OBA No. 2554
P. O. Box 20546
Oklahoma City, Oklahoma 73156-0546
Telephone:   (405) 476-3552
E-mail:       rdurbin3@cox.net

ATTORNEY FOR PLAINTIFF

s/Gus H. Buthman
OBA No. 22089
Heidi J. Long, OBA No. 17667
Office of Legal Counsel
University of Oklahoma
600 Parrington Oval, Suite 213
Norman, Oklahoma 73019
Telephone:     (405) 325-4124
Fax:               (405) 325-7681
Email:            gbuthman@ou.edu
                      hlong@ou.edu

ATTORNEYS FOR DEFENDANT